**Opinion issued October 29, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00763-CV

————————————

## IN RE SYSCO CORPORATION, SYSCO USA I, INC., AND RODNEY HARRIS, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators Sysco Corporation, Sysco USA I, Inc., and Rodney Harris have filed a petition for writ of mandamus, requesting that we order the trial court to vacate its order denying a motion to dismiss for forum non conveniens.[1]

---

[1] The underlying case is *Agelina Jeban, Erlik Jeban, Wijtak Matuato, and Julina Hanchor v. Sysco USA I, Inc.*, cause number 2023-33150, pending in the 127th District Court of Harris County, the Honorable R.K. Sandill presiding.

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.